```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 00864
   WESLEY P PERRY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-5158

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/15/2008 and was confirmed 03/13/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/16/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
MARQUETTE CONSUMER FINAN  UNSECURED         1216.06            .00           .00
CITY OF CHICAGO PARKING   UNSECURED         NOT FILED          .00           .00
CROSSINGS BOOK CLUB BOMC  UNSECURED         NOT FILED          .00           .00
CROSSINGS BOOK CLUB BOMC  UNSECURED         NOT FILED          .00           .00
DIRECT MERCHANTS BANK     UNSECURED         NOT FILED          .00           .00
GREAT AMERICAN FINANCE    SECURED VEHIC      741.00          22.76         82.32
HSBC                      UNSECURED         NOT FILED          .00           .00
KOMYATTASSOC              UNSECURED         NOT FILED          .00           .00
MARATHON PETROLEUM COMPA  UNSECURED         NOT FILED          .00           .00
NICOR GAS                 UNSECURED         NOT FILED          .00           .00
LITTLE COMPANY OF MARY H  UNSECURED         NOT FILED          .00           .00
SPRINT-NEXTEL CORP        UNSECURED          828.47            .00           .00
BANK OF AMERICA NA        CURRENT MORTG        .00             .00           .00
CAPITAL ONE AUTO FINANCE  SECURED NOT I    21388.09            .00           .00
CAPITAL ONE AUTO FINANCE  UNSECURED         NOT FILED          .00           .00
VILLAGE OF LANSING        SECURED NOT I        .00             .00           .00
BANK OF AMERICA NA        MORTGAGE ARRE     3191.08            .00           .00
GREAT AMERICAN FINANCE    UNSECURED            .50             .00           .00
BANK OF AMERICA NA        NOTICE ONLY      NOT FILED           .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,481.50                      1,485.04
TOM VAUGHN                TRUSTEE                                          137.38
DEBTOR REFUND             REFUND                                           102.50

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  1,830.00

PRIORITY                                             .00
SECURED                                            82.32
    INTEREST                                       22.76

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 00864 WESLEY P PERRY
```

```
UNSECURED                                                              .00
ADMINISTRATIVE                                                    1,485.04
TRUSTEE COMPENSATION                                                137.38
DEBTOR REFUND                                                       102.50
                                      ---------------       ---------------
TOTALS                                       1,830.00              1,830.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 01/27/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```